**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Demondra Lana ALLEN, Defendant–Appellant.**

**Nos. 10–10018, 10–10019**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 19, 2011.

Nancy E. Larson, James Michael Worley, Sr., Esq., Assistant U.S. Attorneys, U.S. Attorney's Office, Northern District

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

**382**

of Texas, Fort Worth, TX, for Plaintiff–Appellee.

William Reynolds Biggs, Assistant Federal Public Defender, Federal Public Defender's Office, Fort Worth, TX, Matthew Kyle Belcher, Federal Public Defender's Office, Denver, CO, for Defendant–Appellant.

Demondra Lana Allen, Seagoville, TX, pro se.

Before JOLLY, OWEN, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Demondra Lana Allen has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Allen has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. *See* 5TH CIR. R. 42.2.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.